# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                             Case No.  4:20-cr-00051-MW-MAF-1

JIRARD KINCHERLOW,

    Defendant.

_____/

## **NOTICE OF APPEAL**

Notice is given that Jirard Kincherlow, the defendant in this action, appeals to the United States Court of Appeals for the 11th Circuit from the jury's guilty verdict on June 11, 2021, and the final judgment of conviction entered in this action on May 16, 2022.

Respectfully submitted this 27th day of May, 2022.

                                                TURNER O'CONNOR KOZLOWSKI, P.L.

                                                /s/ *Caleb S. Kenyon*
                                                CALEB S. KENYON
                                                Florida Bar No. 1002297
                                                *csk@toklegal.com*
                                                102 NW Second Avenue
                                                Gainesville, FL 32601
                                                (352) 375-4263
                                                (352) 375-5365 (facsimile)
                                                Secondary Email: *eservice@toklegal.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF e-filing portal which electronically sends notice of the electronic filing to:

>Michelle Spaven, Esq.
>Assistant United States Attorney
>United States Attorney's Office
>111 North Adams Street, Ste 4
>Tallahassee, FL 32301
>*Michelle.Spaven@usdoj.gov*

>/s/ *Caleb S. Kenyon*
>CALEB S. KENYON
>Florida Bar No. 1002297